# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Rodger D. Smith II
(302) 351-9205
rsmith@mnat.com

March 30, 2022

The Honorable William C. Bryson          *VIA ELECTRONIC FILING*
U.S. Court of Appeals, Fed. Cir.
717 Madison Place, NW
Washington, DC 20439

    Re:    *Bayer Healthcare LLC, et al. v. Apotex Inc., et al.*;
           C.A. No. 21-1429 (WCB);
           *Bayer Healthcare LLC, et al. v. Aurobindo Pharma Ltd., et al.*;
           C.A. No. 21-1575 (WCB);
           *Bayer Healthcare LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*;
           C.A. No. 21-1770 (WCB)

Dear Judge Bryson:

        Pursuant to the Court's Order of March 16, 2022, in the above-captioned cases and in advance of the April 1, 2022 scheduling conference, the parties have met and conferred and arrived at the attached proposed Scheduling Order for the Court's consideration. Any areas of disagreement have been set forth as competing proposals. Any revisions to the Court's template have otherwise been agreed upon by the parties.

                                                                           Respectfully,

                                                                           */s/ Rodger D. Smith II*

                                                                           Rodger D. Smith II (#3778)

RDS/rah
Attachment
cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and e-mail)